TRABER & VOORHEES
Lauren Teukolsky [SBN 211381]
lt@tvlegal.com
Rebecca Peterson-Fisher [SBN 255359]
rpf@tvlegal.com
128 North Fair Oaks Avenue
Pasadena, California  91103
Tel.    (626) 585-9611
Fax     (626) 585-1400

BALTODANO & BALTODANO LLP
Hernaldo J. Baltodano [SBN 222286]
hjb@bbemploymentlaw.com
Erica Flores Baltodano [SBN 222331]
efb@bbemploymentlaw.com
1411 Marsh Street, Suite 102
San Luis Obispo, California 93401
Tel.    (805) 322-3412
Fax     (805) 322-3413

Attorneys for Plaintiff
REYNA GARCIA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| REYNA GARCIA,<br><br>              Plaintiff,<br><br>vs.<br><br>NEW ALBERTSON'S, INC.;<br>SUPERVALU, INC.; ALBERTSON'S<br>LLC; and DOES 4-5, inclusive,<br><br>              Defendants. | Case No.  2:13-CV-05941 CAS (JCGx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES** |

1   **NOTICE OF SETTLEMENT AND REQUEST TO VACATE DATES**

2         Please take notice that the parties have reached an agreement to settle this action

3   in its entirety.  The parties are currently drafting a settlement agreement.  In light of the

4   settlement, the parties respectfully request that the Court vacate all of the remaining

5   dates in the case, which are set forth in a scheduling order dated June 6, 2014 (Doc. #54)

6   and a scheduling order dated August 7, 2014 (Doc. #64).  A proposed order is submitted

7   herewith.

8

9   Dated: October 14, 2014              Respectfully submitted,

10                                       BALTODANO & BALTODANO LLP

11                                       TRABER & VOORHEES

12

13                                       By:___s/Lauren Teukolsky_____
                                             Lauren Teukolsky
14                                       Attorneys for Plaintiff Reyna Garcia